IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KHALIL RAHMAN OSMANI,
          Petitioner,         :

         :

v.         :     Civ. No. 26-057

         :

J.L. JAMISON, *et al.*,
          Respondents.      :

         :

## O R D E R

**AND NOW**, this 14th day of January, 2026, upon consideration of Kahlil Rahman Osmani's Petition (Doc. No. 1) and the Government's Response (Doc. No. 3), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. For the reasons stated in Demirel, **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a). See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. All claims against Lyons, Bondi, Noem, and the Department of Homeland Security are **DISMISSED**. See Demirel, 2025 WL 3218243, at *2 (quoting Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004)).

3. **On or before January 21, 2026**, Respondents **shall provide** Petitioner with a **bond hearing before an Immigration Judge in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

Paul S. Diamond, J.